UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TED MICHAEL KOLASA,

    Plaintiff,                                  Case No. 13-cv-14311

v.                                                HONORABLE STEPHEN J. MURPHY, III

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                            /

**ORDER ADOPTING REPORT AND
RECOMMENDATION** (document no. 18), **GRANTING KOLASA'S MOTION
FOR SUMMARY JUDGMENT** (document no. 9), **DENYING COMMISSIONER'S
MOTION FOR SUMMARY JUDGMENT** (document no. 14), **AND REMANDING CASE**

      The Social Security Administration denied plaintiff and claimant Ted Michael Kolasa's application for disability and disability insurance beneifts. An Administrative Law Judge ("ALJ") issued the original decision. *See* ALJ Decision 11, ECF No. 6-2. After the Social Security Administration Appeals Council declined to review the ruling, the ALJ's decision became the final decision of the Commissioner, and Kolasa appealed to the Court. The Court referred the matter to a United States Magistrate Judge, and the parties filed cross-motions for summary judgment. On February 3, 2015, the magistrate judge issued a Report and Recommendation ("Report") suggesting the Court grant Kolasa's motion and deny the Commissioner of Social Security's motion. Report, ECF No. 18.

      A copy of the Report was sent to the parties on February 3, 2015. Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Fed. R. Civ. P. 72(b). Neither party has filed any objections. De novo review of the magistrate judge's findings is therefore not required. *See* Fed. R. Civ. P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the

magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions and will enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation (document no. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Kolasa's motion for summary judgment (document no. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment (document no. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Commissioner for proceedings consistent with this opinion.

**SO ORDERED**.

s/Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: March 11, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2015, by electronic and/or ordinary mail.

s/Carol Cohron  
Case Manager